IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOSE RAMON VALERO, JR., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 122-148 |
| UNITED STATES OF AMERICA, | ) ) | (Formerly CR 121-013) |
| Respondent. | ) ) ) | |

**O R D E R**

The Court previously announced it will hold an evidentiary hearing solely on Petitioner's claim in Ground One that his trial counsel, Mr. Troy Clark, failed to file an appeal when requested. (Doc. no. 16.) On May 8, 2023, Respondent informed the Court Mr. Clark expressed concern he could not discuss his conversations with Petitioner due to attorney-client privilege. (Doc. no. 17.) Because Petitioner, through appointed counsel, has now waived his attorney-client and work product privileges with respect to Ground One, (doc. no. 23), Mr. Clark may not assert those privileges. The Court directs Mr. Clark to provide to the government all documents and communications between Petitioner and himself related to Ground One.

The Court will hold the evidentiary hearing on Ground One on Monday, July 10, 2023, starting at 10:00 a.m. in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia 30901.

SO ORDERED this 12th day of June, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA