AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE RAMON VALERO, JR.,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 122-148
(Formerly CR 121-013)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated September 20, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Petitioner's § 2255 motion is granted as to the out-of-time appeal, and all other claims raised in the § 2255 motion are dismissed without prejudice.  Respondent's motions to dismiss are denied as moot, and Petitioner's motion for release on bond pending his direct appeal is denied.   The Court's Judgment in the underlying criminal case is vacated, with entry of a new Judgment.  Judgment is hereby entered in favor of the Petitioner, and this civil action stands closed.



9/20/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020